FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0250

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

TANNER DAVID ALFORD,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for leave to file an amended response brief, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.

The Clerk is directed to file the Amended Brief attached to Appellee's motion.

CL

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 14 2025